IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD STREEPER | * |
|     Plaintiff | *  CASE # 1:06-cv-02065-RMU |
| | * |
| v. | * |
| | * |
| JACLYN ANN JOHNSON | * |
| | * |
|     Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO RECONSIDER DISMISSAL AND REOPEN CASE

Plaintiff GERALD STREEPER, through counsel, moves under FRCP 60 for reconsideration of the Court's Minute Order dismissing the Complaint for failure to provide proof of service pursuant for FRCP 4 and LCvR 5.3 and to Reopen his case:

1. This is an action for personal injuries arising from an automobile accident in the District of Columbia on January 21, 2004.

2. Counsel for Plaintiff attempted to resolve this matter through negotiation with Defendant Johnson's insurance carrier beginning in February 2004.

3. Upon issuance of a Summons to the Defendant by the Clerk, counsel for Plaintiff sent a Request for Waiver of Service under FRCP 4(d) by certified mail, return receipt requested to the address listed for the Defendant in the Police report. The letter was returned unclaimed stamped "Unable to Deliver as Addressed, Unable to Forward" and the handwritten note "Insufficient Add."

4. On August 21, 2007, the Court issued a Minute Order dismissing the Complaint for failure to provide proof of service pursuant to FRCV 4 and LCvR 5.3.

5.      Plaintiff did not receive the notice called for by FCRV 4(m) before the Court's issued its order.

6.      Plaintiff desires to pursue his claim and the Court's granting the relief requested in the instant motion would not cause Defendant any undue prejudice, given that Defendant's insurance carrier has been aware of the Plaintiff's claim since at least February 2004.

7.      Plaintiff will suffer irreparable harm if the Minute Order stands since he is time barred from asserting his claim in a new action.

WHEREFORE Plaintiff requests that this Honorable Court:

a.      Grant his Motion;

b.      Reconsider and rescind its Minute Order issued August 21, 2007 dismissing his Complaint;

c.      Reopen his Case;

d.      Grant the Plaintiff such additional time as the Court may deem just to effect service on the Plaintiff; and

e.      Grant such other and further relief as justice requires.

    /s/ Thomas S. Basham  
THOMAS S. BASHAM  
PSORAS & PSORAS  
608 Baltimore Avenue  
Towson, Maryland 21204  
(410) 821-7070  
Attorneys for Plaintiffs

## **POINTS AND AUTHORITIES**

**FRCV 4 and 60**
**LCvR 5.3**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion to Reconsider Dismissal and Reopen Case, Statement of Points and Authorities and proposed order on Defendant Jaclyn Ann Johnson by first class mail to her last known address, 320 23rd Street South, Arlington, VA 22202 this 25th day of August 2007.

                                                                     /s/ Thomas S. Basham  
                                                                     Thomas S. Basham

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GERALD STREEPER * | |
| * | CASE # 1:06-cv-02065-RMU |
| Plaintiff * | |
| * | |
| v. * | |
| * | |
| JACLYN ANN JOHNSON * | |
| * | |
| Defendant * | |

*************************************************************************

## **ORDER**

The Court having read and considered Plaintiff's Motion for Reconsideration of Dismissal and Reopen Case, it is this _____ day of _____, 2007 ORDERED that:

The Motion is GRANTED;

The Court's Minute Order of August 21, 2007 is rescinded;

The above captioned case is reopened;

Plaintiff shall file Proof of Service as Required by FRCP 4 and LCvR 5.3 no later than

_____.

_____
Ricardo M. Urbina, Judge
United States District Court
fr the District of Columbia