IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GERALD STREEPER | * | |
| | * | CASE # 1:06-cv-02065-RMU |
| Plaintiff | * | |
| | * | |
| v. | * | **FILED** |
| | * | |
| JACLYN ANN JOHNSON | * | AUG 2 7 2007 |
| | * | |
| Defendant | * | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## ORDER

The Court having read and considered Plaintiff's Motion for Reconsideration of Dismissal and Reopen Case, it is this ___27th___ day of __August__, 2007 ORDERED that:

The Motion is GRANTED;

The Court's Minute Order of August 21, 2007 is rescinded;

The above captioned case is reopened;

Plaintiff shall file Proof of Service as Required by FRCP 4 and LCvR 5.3 no later than ___October 26, 2007___.

Ricardo M. Urbina, Judge
United States District Court
fr the District of Columbia