IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GERALD STREEPER | * | CASE NO. |
| Plaintiff | * | 1:06-cv-02065-RMU |
| v. | * | |
| JACLYN ANN JOHNSON | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter the appearance of Michael B. Mann and Mann & Casey, P.A., as attorney for Plaintiff, Gerald Streeper.

       /s/ Michael B. Mann
       MICHAEL B. MANN
       Mann & Casey, P.A.
       409 Washington Avenue, #600
       Towson, MD 21204
       410-296-6826
       Fax: 410-825-1805
       Attorney for Plaintiff

I hereby certify that on this 5th day of October, 2007, a copy of the foregoing was mailed to:

Thomas A. Medford, Jr.
7474 Greenway Center Drive, #500
Greenbelt, MD   20770
Attorney for Defendant

       /s/ Michael B. Mann
       MICHAEL B. MANN