AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE SEPTEMBER 9 2007 |
| NAME OF SERVER (PRINT) ROBERT M THOMPSON | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 3064 SOUTH GLEBE RD ARLINGTON V.A. 22206-2768

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: JACLYN ANN JOHNSON

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL 68 MILES EACH WAY 2 TIMES | SERVICES | TOTAL $120.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/9/07
Date

Signature of Server: *Robert M Thompson*

Address of Server: 6856 SNOWBERRY CT
FREDERICK MD 21703

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.