IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD STREEPER | : |
|     Plaintiff | : |
| v. | :    Case No: 06CV2065RMU |
| JACLYN ANN JOHNSON | : |
|     Defendant | : |

## CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

COMES Now the Defendant, Jaclyn A. Johnson, by and through counsel, Thomas A. Medford, Jr., respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for December 11, 2007, and as reasons therefore, states as follows:

1. The undersigned counsel is presently scheduled to be in a Jury Trial in the Circuit Court for Prince George's County, Maryland in the matter of Young v. Sanalitro, Case No.: CAL07-02102

2. Undersigned counsel has formed an attorney-client relationship and has extensive knowledge of the file, which is important to my client's interests. Moreover, since the undersigned cannot be two places at once, the undersigned would be forced to decide which client to serve.

3. That undersigned counsel has consulted with Plaintiff's attorney, Michael B. Mann, Esquire, and Plaintiff consents to this motion.

4. Pursuant to the instructions on the "Standing Order For Civil Cases," undersigned counsel submits for consideration the following proposed dates and times for a newly scheduled Initial Scheduling Conference which are mutually convenient for both counsel in the instant case:

January 18, 2008 at 10:00 a.m.

January 21, 2008 at 10:00 a.m.

January 24, 2008 at 10:00 a.m.

January 28, 2008 at 10:00 a.m.

WHEREFORE, the Defendant, Jaclyn A. Johnson, requests this Honorable Court to continue the Pre-Trial Conference of December 11, 2007 for one of the proposed dates and times.

Respectfully submitted,

Thomas A. Medford, Jr.
Attorney for Defendant Johnson
7474 Greenway Center Drive
Suite 500
Greenbelt, MD 20770
(301)982-8600

## MEMORANDUM OF POINTS AND AUTHORITIES

1. The Record herein.
2. The Standing Order For Civil Cases.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 29th day of October 2007, a copy of the foregoing Consent Motion to Continue Initial Scheduling Conference , was mailed, postage prepaid, to: **Michael B. Mann, Esquire**, 409 Washington Avenue, Suite 600, Towson, MD 21204, Attorney for Plaintiff.

Thomas A. Medford, Jr.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD STREEPER | : |
| Plaintiff | : |
| v. | : Case No: 06CV2065RMU |
| JACLYN ANN JOHNSON | : |
| Defendant | : |

## **ORDER**

Upon consideration of the Consent Motion to Continue the Initial Scheduling Conference, the Memorandum of Points and Authorities in support thereof and the entire record it is, by the Court this _____ day of _____, 2007;

**ORDERED**, that the Initial Scheduling Conference is hereby continued from December 11, 2007 to _____.

                                                         JUDGE

Copies:

Thomas A. Medford, Jr., Esquire
Attorney for Defendant
7474 Greenway Center Drive
Suite 500
Greenbelt, MD 20770

Michael B. Mann, Esquire
Attorney for Plaintiff
409 Washington Avenue
Suite 600
Towson, MD 21204

3