```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD STREEPER              *     CASE NO.

     Plaintiff               *     1:06-cv-02065-RMU

v.                           *

JACLYN ANN JOHNSON           *

     Defendant               *

              * * * * * * * * * * *
```

**NOTICE TO STRIKE APPEARANCE**

Please strike the appearance of Thomas Basham as attorney for the plaintiff, Gerald Streeper.

```
                              /s/ Thomas Basham


                              /s/ Michael B. Mann
                              MICHAEL B. MANN
                              Mann & Casey, P.A.
                              409 Washington Avenue, #600
                              Towson, MD 21204
                              410-296-6826
                              Fax: 410-825-1805
                              Attorney for Plaintiff
```

I hereby certify that on this 11th day of February, 2008, a copy of the foregoing was mailed to:

Thomas A. Medford, Jr., Esquire
7474 Greenway Center Drive, #500
Greenbelt, MD   20770
Attorney for Defendant

```
                              /s/ Michael B. Mann
                              MICHAEL B. MANN
```