Michael B. Mann, Esquire
409 Washington Avenue, Suite 600
Towson, Maryland 21204
410-296-6826
Fax: 410-825-1805

June 10, 2008


The Honorable Ricardo M. Urbina
United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

    Re: Streeper v. Johnson
    <u>Civil No.  1:06-cv-02065-RMU</u>

Dear Judge Urbina:

The parties are submitting this joint status letter to your Honor for the status conference, which has been scheduled for June 17, 2008, at 10:15 a.m.

All discovery has been completed between the parties, except for the production by the defendant of photographs of the defendant's vehicle and the report from Dr. Jeffrey Abend, who performed an independent medical examination of the plaintiff on April 16, 2008. Counsel have conferred with regard to these two open matters, and counsel for the defendant has agreed to produce the photographs and medical report at this time.

The parties have a settlement conference scheduled before Magistrate Judge Alan Kay on June 19, 2008.

The plaintiff will file a motion for summary judgment on the issue of liability, if the defendant does not stipulate to liability prior to the motions deadline.

The plaintiff intends to take *de bene esse* video depositions of the plaintiff's treating doctors prior to trial.

The defendant reserves the right to take *de bene esse* video depositions of Dr. Jeffrey Abend and Dr. Joel L. Falik, the defense medical experts, prior to trial, in the event that one or

both of those doctors is not available to appear to testify at the trial.

Thank you for your consideration.

                                      Respectfully submitted,

                                            /s/
                                    Michael B. Mann
                                    Attorney for Plaintiff

                                            /s/
                                    Thomas A. Medford, Jr.
                                    Attorney for Defendant

MBM/jm