```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

GERALD STREEPER             *     CASE NO.

    Plaintiff              *     1:06-cv-02065-RMU

v.                          *

JACLYN ANN JOHNSON           *

    Defendant              *

                           * * * * * * * * * * *

## JOINT STATUS REPORT

Gerald Streeper, Plaintiff, by Michael B. Mann and Mann & Casey, P.A., his attorney, and Jaclyn Ann Johnson, Defendant, by Thomas A. Medford, Jr. And Timothy S. Smith & Associates, her attorney, submit this Joint Status Report, pursuant to the Scheduling Order of this Court.

    1. All discovery has been completed between the parties, except for the production by the defendant of photographs of the defendant's vehicle and the report from Dr. Jeffrey Abend, who performed an independent medical examination of the plaintiff on April 16, 2008. Counsel have conferred with regard to these two open matters, and counsel for the defendant has agreed to produce the photographs and medical report at this time.

    2. The parties have a settlement conference scheduled before Magistrate Judge Alan Kay on June 19, 2008.

    3. The plaintiff will file a motion for summary judgment on the issue of liability, if the defendant does not stipulate to liability prior to the motions deadline.

4. The plaintiff intends to take *de bene esse* video depositions of the plaintiff's treating doctors prior to trial.

5. The defendant reserves the right to take *de bene esse* video depositions of Dr. Jeffrey Abend and Dr. Joel L. Falik, the defense medical experts, prior to trial, in the event that one or both of those doctors is not available to appear to testify at the trial.

Respectfully submitted,

/s/
Michael B. Mann
Mann & Casey, P.A.
409 Washington Avenue, #600
Towson, MD 21204
410-296-6826
Attorney for Plaintiff

/s/
Thomas A. Medford, Jr.
Timothy S. Smith & Associates
7474 Greenway Center Drive, #500
Greenbelt, MD  20770
301-982-8600
Attorney for Defendant

I hereby certify that on this 12th day of June, 2008, a copy of the foregoing was mailed, postage prepaid to:

Thomas A. Medford, Jr.
Attorney for Defendant
7474 Greenway Centre Dr. #500
Greenbelt, MD  20770

/s/

Michael B. Mann